## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 26-CR-20133-RAR

**UNITED STATES OF AMERICA**

**v.**

**TANIA ROSA RODRIGUEZ,**

     Defendant.

_____/

### <u>VERDICT</u>

We, the Jury, unanimously find the Defendant, **TANIA ROSA RODRIGUEZ**:

As to Count 1 of the Indictment:

X
_____       _____
GUILTY      NOT GUILTY

SO SAY WE ALL

_____
Foreperson's Name

_____
Foreperson's Signature

DATE: _08/04/2026_